AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF  NEVADA

LYNN RAY GRIM,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                         CASE NUMBER: **3:06-CV-00622-RCJ-VPC**

JACK PALMER, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus is **DENIED IN ITS ENTIRELY**.

     **IT IS FURTHER ORDERED** that Petitioner is **DENIED A CERTIFICATE OF APPEALABILITY**.

   March 8, 2010                                       **LANCE S. WILSON**
                                                                             Clerk

                                                                         /s/ D. R. Morgan
                                                                         Deputy Clerk